**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:19-cr-356-RMS-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14.    RAYO COSMOPOLITINA TEETER,

    Defendant.

_____

**UNOPPOSED MOTION FOR RELEASE WITH AN ADDITIONAL CONDITION OF BOND**
_____

    Defendant Rayo Teeter, by and through her attorney, Dru Nielsen, hereby moves the Court to enter an Order directing that she be released pending trial with an additional condition that she reside and participate in sober living.  Ms. Teeter states the following grounds:

    1.    Ms. Teeter was initially arrested in this matter on January 15, 2020.  On January 21, 2020, Ms. Teeter was granted release with conditions.  After a status conference held on February 11, 2020 before the Honorable Judge Raymond P. Moore, Ms. Teeter was arrested on suspicion that she violated the condition of her release that she not use controlled substances.

    2.    On February 13, 2020, Ms. Teeter appeared before Magistrate Judge Hegarty for an initial appearance related to the arrest warrant.  The parties notified the court that they had an agreement that the Defendant shall remain in custody until a bed opens in an inpatient program approved by Probation. After 30 days if a program is

unavailable, the Government is agreeable to revisit the possibility of an outpatient program. Doc. # 161.

3. With help from Probation Officer Edward Gadden, undersigned counsel has attempted to identify an inpatient program for Ms. Teeter. Unfortunately, those efforts were not successful as there are simply very few inpatient options that suit Ms. Teeter's criteria.

4. Fortunately, Ms. Teeter had already identified a sober living home prior to her being remanded into custody. Ms. Teeter, who has now been in the Denver County Jail for thirty days, has been accepted into the Gospel Homes for Women Sober Living Home. (*See* Attachment A - Acceptance Letter).

5. Undersigned counsel has shared the acceptance letter and conferred with Assistant United States Attorney Stephanie Podolak and Probation Officer Edward Gadden about Ms. Teeter's acceptance into Gospel Homes for Women Sober Living Home. Probation and the Government are agreeable to releasing Ms. Teeter with the original conditions plus the added condition that she reside and participate in the Gospel Homes for Women sober living program.

6. While in custody at the Denver County Jail, Ms. Teeter has been participating in the Side by Side Program. Ruth Damerson, Side by Side Instructor, describes Ms. Teeter as being an engaged and "avid participant" in the program. (*See* Attachment B – Email from Side by Side Instructor)

WHEREFORE, Ms. Teeter asks this Court to grant her release pending trial with the original conditions of bond plus the additional condition that she reside and participate in the Gospel Homes for Women Sober Living Home.

Dated this 16th day of March, 2020.

Respectfully submitted,

s/ *Dru Nielsen*
Dru Nielsen, #28775
Eytan Nielsen LLC
3200 Cherry Creek South Drive
Suite 720
Denver, CO   80209
(720) 440-8155
(720) 440-8156
dru@eytan-nielsen.com
Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on Monday, March 16, 2020, I electronically filed the foregoing **UNOPPOSED MOTION FOR RELEASE WITH AN ADDITIONAL CONDITION OF BOND** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/ *Dru Nielsen*
Dru Nielsen